DAVID E. ADKINS, ESQ.
Nevada Bar No. 4503
611 Sierra Rose Drive, Suite B
Reno, NV 89511
(775) 636-6222
david@algnv.com
*Attorney for Defendant, Nadina Beverly, Trustee of the Beverly-Blair Meadowridge Trust*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

WELLS FARGO BANK, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOUSING FINANCE AGENCY, as Conservator of Fannie Mae,

Plaintiffs.

vs.

NADINA BEYERL Y, Trustee of the Beverly-Blair Meadowridge Trust; GAYLE A. KERN, LTD.; MEADOWRIDGE HOMEOWNERS ASSOCIATION; PHIL FRINK AND ASSOCIATES, INC.;

Defendants.

NADINA BEVERLY, TRUSTEE FOR THE BEVERLY-BLAIR TRUST NO. 7,

Counterclaimant,

vs.

WELLS FARGO BANK, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOUSING FINANCE AGENCY,

Counterdefendants. /

CASE NO.: 3:15-cv-00601-RCJ-VPC

**STIPULATION FOR EXTENION OF TIME IN WHICH TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (First Request)**

Plaintiffs, Wells Fargo Bank, N.A.; Federal National Mortgage Association; and Federal Housing Finance Agency, as Conservator of Fannie Mae, and Defendant Nadina Beverly, Trustee of the Beverly-Blair Meadowridge Trust ("Beverly"), hereby stipulate and agree that Beverly shall have

additional time, through May 16, 2017, in which to oppose the Motion for Summary Judgment filed herein on April 11, 2017. Beverly's opposition is currently due on or before May 2, 2017.

This request is made for the reason that Beverly's counsel was faced with unanticipated discovery issues in another case which has prevented him from adequately addressing all of the issues raised in the motion. This is Beverly's first such request.

DATED this 1st day of May, 2017.

**FOR DEFENDANT, NADINA BEVERLY, TRUSTEE:**

/s/David E. Adkins, Esq.
David E. Adkins, Esq.
NV Bar No. 4503
611 Sierra Rose Drive, Suite B
Reno, NV 89511
Tele: (775) 391-0419
Fax: (800) 868-8051
david@algnv.com

**FOR PLAINTIFF, WELLS FARGO BANK, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION:**

/s/Blakeley E. Griffith, Esq.
Blakeley E. Griffith, Esq. (NV Bar No. 12386)
Wayne Klomp, Esq. (NV Bar No. 10109)
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, Ste 1100
Las Vegas, NV 89169
Tele:(702) 784-5200; Fax (702) 784-5252
bgriffith@swlaw.com
wklomp@swlaw.com

**FOR PLAINTIFF, FEDERAL HOUSING FINANCE AGENCY:**

/s/John D. Tennert, Esq.
Leslie Bryan Hart, Esq. (NV Bar No. 4932)
John D. Tennert, Esq. (NV Bar No. 11728)
FENNEMORE CRAIG, P.C.
300 East Second Street, Suite 1510
Reno, Nevada 89501
Telephone: (775) 786-5000
Facsimile: (77 5) 786-1177
lhart@fclaw.com
jtennert@fclaw.com

**IT IS SO ORDERED,** this May _ 9th _, 2017.

UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date stated below, he electronically filed the foregoing document via the Court's CM/ECF filing system, which effectuated electronic service on all parties who have appeared in this action identified on the court-generated Notice of Electronic Filing. The following parties are so identified:

Jeffrey L Willis\SNELL & WILMER, L.L.P.
Wayne O. Klomp, Pvt \SNELL & WINTER, LLP
Blakeley E. Griffith\SNELL & WILMER L.L.P.
Leslie Bryan Hart, Esq.\ FENNEMORE CRAIG P.C.
John D. Tennert, Esq.\FENNEMORE CRAIG P.C.
James W. Pengilly\PENGILLY ROBBINS
Elizabeth B. Lowell\PENGILLY ROBBINS

DATED: May 1, 2017.

/s/David E. Adkins
DAVID E. ADKINS, ESQ.