Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

*Attorneys for Plaintiff/Counter-Defendant
Federal Housing Finance Agency*

Jeffrey Willis, Esq. (SBN 4797)
Wayne Klomp, Esq. (SBN 10109)
Blakeley E. Griffith, Esq. (SBN 12386)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501-1961
Tel: 775-785-5440 Fax: 775-785-5441
jwillis@swlaw.com; wklomp@swlaw.com;
bgriffith@swlaw.com

*Attorneys for Plaintiffs/Counter-Defendants
Wells Fargo Bank, N.A. and Federal
National Mortgage Association*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOUSING FINANCE AGENCY,<br><br>Plaintiffs,<br>vs.<br>MEADOWRIDGE HOMEOWNERS ASSOCIATION; PHIL FRINK AND ASSOCIATES, INC.; and NADINA BEVERLY, as Trustee of the Beverly Blair Meadowridge Trust,<br><br>Defendants. | CASE NO. 3:15-cv-00601-RCJ-VPC<br><br>**[PROPOSED] FINAL JUDGMENT**<br><br>___ FILED    ___ RECEIVED<br>___ ENTERED   ___ SERVED ON<br>COUNSEL/PARTIES OF RECORD<br><br>JUL 1 2 2017<br><br>CLERK US DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: _____ DEPUTY |
| NADINA BEVERLY, Trustee for the Beverly-Blair Trust No. 7,<br>Counterclaimant,<br>vs.<br>WELLS FARGO BANK, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government sponsored enterprise; FEDERAL HOUSING FINANCE AGENCY, as Conservator of Federal National Mortgage Association,<br>Counter-Defendants. | |
| MEADOWRIDGE HOMEOWNERS ASSOCIATION,<br>Cross-Complainant,<br>vs.<br>PHIL FRINK AND ASSOCIATES, INC.,<br>Cross-Defendant. | |

13020116.1

Final judgment is hereby entered in favor of Plaintiffs Wells Fargo Bank, N.A., the Federal National Mortgage Association, and the Federal Housing Finance Agency. Plaintiffs are entitled to summary judgment on their quiet title claim pursuant to *Bourne Valley Court Trust v. Wells Fargo Bank, N.A.*, 832 F.3d 1154 (9th Cir. 2016), which holds that NRS Chapter 116's opt-in notice scheme for homeowners' association foreclosure sales is facially unconstitutional under the Due Process Clause of the Fourteenth Amendment of the United States Constitution.

The homeowners' association foreclosure sale at issue here did not affect or extinguish the deed of trust encumbering real property located at 6369 Meadow Crest Circle, Reno, Nevada 89509, recorded on October 11, 2004 as Doc. # 3110677 in the Washoe County Recorder's Office (the "Deed of Trust"). Accordingly, the Deed of Trust survived the homeowners' association foreclosure sale. Any interest in this property obtained by Nadina Beverly, as Trustee of the Beverly Blair Meadowridge Trust, was subject to the Deed of Trust until the Deed of Trust foreclosure sale on December 16, 2013, at which Federal National Mortgage Association was the highest bidder. Title is quieted in favor of Federal National Mortgage Association.

The remainder of Plaintiffs' claims are dismissed without prejudice.

## ORDER

IT IS SO ORDERED AND ADJUDGED

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: July 12, 2017

FENNEMORE CRAIG, P.C.
300 E. SECOND ST
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

13020116.1

2

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on June 28, 2017, a true and correct copy of the **[PROPOSED] FINAL JUDGMENT**, was transmitted electronically through the Court's e-filing electronic notice system to the attorney(s) associated with this case. If electronic notice is not indicated through the court's e-filing system, then a true and correct **paper** copy of the foregoing document was delivered via U.S. Mail.

David E Adkins   david@algnv.com

Elizabeth B Lowell   elowell@pengillylawfirm.com

Gayle A. Kern   gakltd@kernltd.com

James W Pengilly   jpengilly@pengillylawfirm.com

Karen M. Ayarbe   karenayarbe@kernltd.com

/s/ Pamela Carmon
An Employee of Fennemore Craig, P.C.

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

13020116.1

3